# EXHIBIT A



**MCM Midland Credit Management**
2365 Northside Drive
Suite 300
San Diego, CA 92108

Midland Credit Management, Inc. (MCM), is the debt collection company, which will be collecting on, and servicing your account.

09-26-2018

Ayesha K Martin    P41T1332 001   

Call: (800) 321-3809

Offer Expiration Date: 10-26-2018

| Original Creditor |
|---|
| Capital One Bank |

| Original Account Number |
|---|
|  |

| MCM Account Number |
|---|
|  |

| Current Balance |
|---|
| $3,898.71 |

| Current Owner |
|---|
| Midland Funding LLC |

RE Capital One Bank

Dear Ayesha K Martin,

## CALL US TODAY! (800) 321-3809

### AVAILABLE PAYMENT OPTIONS

**Option 1** — 40% OFF

**Option 2** — 20% OFF
Over 6 Months

**Option 3** — Monthly Payments As Low As: $50 per month
Call today to discuss your options and get more details.

### Benefits of Paying Your Debt

– Save $1,559.48 if you pay by 10-26-2018 –

– Put this debt behind you –

– No more communication on this account –

– Peace of mind –

**Hours of Operation**
Sun-Th: 5am-9pm PT; Fri-Sat: 5am-4:30pm PT;

...cerely,

*im Bolin*

...Bolin, Division Manager

...law limits how long you can be sued on a debt and how long a debt can appear on your credit report. Due to the age of this debt, we will ...sue you for it or report payment or non-payment of it to a credit bureau.

We are not obligated to renew any offers provided.



Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108

Call: (800) 321-3809

Offer Expiration Date: 10-26-2018

Midland Credit Management, Inc. (MCM), is the debt collection company, which will be collecting on, and servicing your account.

09-26-2018

Ayesha K Martin

P41T1332 001 

| Original Creditor |
|---|
| Capital One Bank |

| Original Account Number |
|---|
| |

| MCM Account Number |
|---|
| |

| Current Balance |
|---|
| $3,898.71 |

| Current Owner |
|---|
| Midland Funding LLC |

RE Capital One Bank

Dear Ayesha K Martin,

## CALL US TODAY! (800) 321-3809

### AVAILABLE PAYMENT OPTIONS

**Option 1** — 40% OFF

**Option 2** — 20% OFF
Over 6 Months

**Option 3** — Monthly Payments As Low As: $50 per month
Call today to discuss your options and get more details.

### Benefits of Paying Your Debt

— Save $1,559.48 if you pay by 10-26-2018 —

— Put this debt behind you —

— No more communication on this account —

— Peace of mind —

Hours of Operation
Sun-Th: 5am-9pm PT; Fri-Sat: 5am-4:30pm PT;

Sincerely,

*Tim Bolin*

Tim Bolin, Division Manager

The law limits how long you can be sued on a debt and how long a debt can appear on your credit report. Due to the age of this debt, we will not sue you for it or report payment or non-payment of it to a credit bureau.

We are not obligated to renew any offers provided.

Midland Credit Management, Inc
P.O. Box 51319
Los Angeles, CA 90051-5619





(800) 321-3809    MCMPay.com

SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION